# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2578

_____

Douglas B. Stalley, on behalf of the      \*
United States of America,      \*
     \*
         Appellant,      \*
     \*
       v.      \*    Appeal from the United States
     \*    District Court for the
Regency Hospital Company, a      \*    Western District of Arkansas.
Delaware Corporation; Regency      \*
Hospital Company, LLC, a Delaware      \*       [UNPUBLISHED]
Limited Liability Company; Regency      \*
Hospitals, LLC, a Delaware Limited      \*
Liability Company,      \*
     \*
         Appellees.      \*

_____

Submitted: May 16, 2008
Filed: May 23, 2008

_____

Before WOLLMAN, BRIGHT, and JOHN R. GIBSON, Circuit Judges.

_____

PER CURIAM.

Douglas Stalley appeals the district court's[1] dismissal of his action to recover damages allegedly owed to the United States for violations of the Medicare Secondary

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

Payer statute, 42 U.S.C. § 1395y (MSP).  This court addressed a similar appeal brought by Stalley in <u>Stalley v. Catholic Health Initiatives</u>, 509 F.3d 517, 519 (8th Cir. 2007), and concluded that the suit authorized by the MSP was a "private cause of action, which requires plaintiff to have standing in his own right, rather than a *qui tam* statute, which allows plaintiff to assert injury to the United States."  The court's dismissal was proper.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____